**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WALTER CAMPBELL and MARLENE** | : | **CIVIL ACTION NO. 05-972** |
| **CAMPBELL (h/w)** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **BANK OF AMERICA, NA** | : | |

**JUDGMENT**

AND NOW, this 11th day of August, 2009, following a bench trial on August 10, 2009,

**CIVIL JUDGMENT** is entered in favor of Walter and Marlene Campbell and against Bank of

America, NA in the amount of **$3,892.00**.


       /s/ Norma L. Shapiro
                                    J.